# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN LINDLEY,<br><br>            Plaintiff,<br><br>    vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 4:11-cv-05075-YGR<br><br>[*MODIFIED* ~~PROPOSED~~] ORDER |

The request to continue the Case Management Conference is **GRANTED**. Based on the Stipulation of Counsel, the Case Management Conference set for April 30, 2012 is **CONTINUED** to **May 14, 2012** at **2:00 p.m.** The request for permission to attend the Case Management Conference telephonically is **DENIED**. The Court has not yet reviewed the parties' Joint Status Conference Statement. Counsel are advised to plan accordingly as personal appearance will be required.

This Order Terminates Docket Number 18.

**IT IS SO ORDERED.**

Date: April 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

3:11-cv-05075-YGR                                                                                                          STIPULATION