UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robyn Lindley,<br><br>            Plaintiff,<br><br>    vs.<br><br>Diversified Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 4:11-cv-05075-YGR<br><br>[PROPOSED] ORDER |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: October 18, 2012

_____

Judge: Yvonne Gonzalez Rogers